1  BINGHAM MCCUTCHEN LLP
   Donn P. Pickett (SBN 72257)
2  donn.pickett@bingham.com
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
4  Facsimile: 415.393.2286

5  BINGHAM MCCUTCHEN LLP
   Marshall B. Grossman (No. 35958)
6  marshall.grossman@bingham.com
   Sara Jasper Epstein (No. 240577
7  sara.epstein@bingham.com
   The Water Garden
8  Fourth Floor, North Tower
   1620 26th Street
9  Santa Monica, CA 90404-4060
   Telephone: 310-907-1000
10 Facsimile: 310-907-2000

11 Attorneys for Plaintiff and Counterclaim Defendant
   NeilMed Products, Inc.
12 d/b/a NeilMed Pharmaceuticals, Inc.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15 NEILMED PRODUCTS, INC.,              | CASE NO. CV 10-4330 PJH
16         Plaintiff,                   | JOINT STIPULATION AND
       v.                               | [PROPOSED] ORDER TO EXTEND
17                                      | PLAINTIFF'S TIME TO RESPOND
   TECHWORLD CORPORATION, INC.,         | TO COUNTERCLAIMS AND TO
18                                      | CONTINUE JANUARY 6, 2011 CASE
           Defendants.                  | MANAGEMENT CONFERENCE TO
19                                      | FEBRUARY 3, 2011

20                                        Original CMC Date
                                          Date:     January 6, 2011
21                                        Time:     2:00 p.m.
                                          Courtroom: 3
22
                                          Stipulated CMC Date
23                                        Date:     February 3, 2011
                                          Time:     2:00 p.m.
24                                        Courtroom: 3

25                                        Complaint Filed: Sept. 24, 2010
                                          Trial Date:      None set
26 And Related Counterclaim

27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME
TO RESPOND TO COUNTERCLAIMS

A/73579820.4/3393100-0000352250

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, plaintiff and counterclaim defendant NeilMed Products, Inc., dba NeilMed Phamaceuticals, Inc., a California Corporation ("NeilMed"), and defendant and counterclaimant TechWorld Corporation, Inc., a Nevada Corporation ("TechWorld") (collectively, the "Parties"), agree and stipulate to the following facts:

1. On September 24, 2010, NeilMed filed its Complaint for False Advertising and Unfair Competition under the Lanham Act and Violation of California Bus. & Prof. Code Sections 17200 and 17500;

2. On October 14, 2010, NeilMed personally served TechWorld with the Summons and Complaint;

3. On November 3, 2010, pursuant to Northern District of California Civil Local Rule 6-1(a), the Parties stipulated to extend TechWorld's deadline to respond to the Complaint from November 4 to November 18, 2010;

4. On November 18, 2010, TechWorld filed an Answer and Counterclaim, which alleges causes of action against NeilMed for False Patent Marking, False Advertising and Unfair Competition under the Lanham Act, and Violation of California Bus. & Prof. Code Sections 17200 and 17500;

5. NeilMed's response to TechWorld's Counterclaim is currently due on December 13, 2010;

6. NeilMed and its counsel require additional time to analyze and evaluate TechWorld's Counterclaim and to prepare a meaningful response thereto;

7. Counsel for the Parties have met, conferred and have agreed that the time for NeilMed to respond to the Counterclaims should be extended until January 7, 2011;

8. The Case Management Conference ("CMC") in this case is currently scheduled to take place on January 6, 2011, a date before the agreed upon date by which NeilMed will respond to TechWorld's counterclaims;

9. Absent a continuance of the CMC, the last day for the Parties to conduct their Rule 26(f) Conference will be December 16, 2010, and the deadline for the Parties to file

their Rule 26(f) Report will be December 30, 2010. Both dates are before the date by which NeilMed will respond to TechWorld's counterclaims;

10. Therefore, the parties also agreed to modify the Rule 26(f) deadlines such that the Rule 26(f) Conference will take place on or before January 20, 2011 and their Rule 26(f) Report will be due to the Court by January 27, 2011.

11. In connection with the enlargement of NeilMed's time to respond to the Counterclaims and the related extension of the Rule 26(f) deadlines, counsel for the Parties have agreed that, subject to the Court's agreement and availability, a continuance of the CMC date to February 3, 2011 or as soon thereafter is convenient to the Court is necessary to allow the parties sufficient time to meaningfully comply with their obligations under Rule 26(f); and

12. The modification of the above-mentioned dates will have a minimal impact on the schedule for this case, for which no trial date has been set.

**NOW, THEREFORE**, the Parties, through their counsel, stipulate and agree as follows:

1. NeilMed is granted an extension of time to file its response to TechWorld's Counterclaims until and including January 7, 2011;

2. The Parties' Rule 26(f) conference shall take place no later than January 20, 2011;

3. The Parties' Rule 26(f) Report shall be filed no later than January 27, 2011; and

4. The CMC, which is currently scheduled to take place on January 6, 2011 at 2:00 p.m. in Courtroom 3, shall be continued to February 3_, 2011 at 2:00 p.m. in Courtroom 3.

///
///
///
///
///

1  IT IS SO STIPULATED.

2

3  Dated: December 3, 2010                    BINGHAM MCCUTCHEN LLP

4

5                                              By: /s/ Sara Jasper Epstein
                                                Marshall B. Grossman
                                                Sara Jasper Epstein
6                                               Attorneys for Plaintiff and Counterclaim
                                                Defendant NeilMed Products, Inc., dba
7                                               NeilMed Phamaceuticals, Inc.

8

9  Dated:  December 3, 2010                    REED SMITH LLP

10

11                                             By: /s/ Cynthia E. Kernick
                                                Cynthia E. Kernick
                                                Clay P. Hughes
12                                              Attorneys for Defendant and Counterclaimant
                                                Techworld Corporation, Inc.
13

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  Dated: __12/8/10__                         _____
                                                Hon. Phyllis J. Hamilton
17                                              United States District Judge

18

*[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME
TO RESPOND TO COUNTERCLAIMS

A/73579820.4/3393100-0000352250

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2010, I electronically filed the foregoing Joint Stipulation and [Proposed] Order to Extend Plaintiff's Time to Respond to Counterclaims and to Continue January 6, 2011 Case Management Conference to February 3, 2011 with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic filing" to the following attorneys of record who have consent in writing to accept this notice of service of this document by electronic means:

Cynthia E. Kernick
Clay P. Hughes
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh PA 15222-2716
Phone: 412.288.4176
Fax: 412.288.3063
Email: ckernick@reedsmith.com
       chughes@reedsmith.com

Christine Morgan
REED SMITH LLP
101 Second Street
17th Floor
San Francisco CA 94105-3659
Phone: 415.659.5970
Fax: 415.391.8269
Email: cmorgan@reedsmith.com

/s/ Sara Jasper Epstein
Sara Jasper Epstein
Counsel for NeilMed Products, Inc.

A/73580928.1/3393100-0000352250