BINGHAM MCCUTCHEN LLP
Donn P. Pickett (SBN 72257)
donn.pickett @bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

BINGHAM MCCUTCHEN LLP
Marshall B. Grossman (No. 35958)
marshall.grossman@bingham.com
Sara Jasper Epstein (No. 240577)
sara.epstein@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310.907.1000
Facsimile: 310.907.2000

Attorneys for Plaintiff
NeilMed Products, Inc.

REED SMITH LLP
Cynthia E. Kernick (PA No. 43912)
ckernick@reedsmith.com
Pro hac vice application pending
Clay P. Hughes (PA No. 200033)
chughes@reedsmith.com
Pro hac vice application pending
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716
Telephone: +1.412.288.4176/3008
Facsimile: +1.412.288.3063

REED SMITH LLP
Christine M. Morgan (SBN 169350)
cmorgan@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1.415.659.5970
Facsimile: +1.415.391.8269

Attorneys for Defendant
TechWorld Corporation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEILMED PRODUCTS, INC. dba NEILMED PHARMACEUTICALS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TECHWORLD CORPORATION, INC., a Nevada corporation, and DOES 1-10 inclusive,<br><br>　　　　　　　Defendants. | Case No.: 4:10-cv-04330-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE PARTIES' CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Meeting:<br>Date:　　Thursday, February 3, 2011<br>Time:　　2:00 PM<br>Courtroom: 3<br><br>Stipulated CMC Meeting:<br>Date:　　Thursday, March 3, 2011<br>Time:　　2:00 PM<br>Courtroom: 3 |

Case No. C 10-04330-PJH

Pursuant to Northern District of California Civil Local Rule 7-12, plaintiff NeilMed Products, Inc., ("NeilMed"), and defendant TechWorld Corporation, Inc., ("TechWorld") (collectively, the "Parties"), agree and stipulate to the following:

1. Pursuant to the Order Setting Case Management Conference dated October 26, 2010, the Parties are scheduled to appear before this Court on February 3, 2011 at 2:00 PM for a Case Management Conference.

2. Defendant's lead attorney in this matter is Ms. Cynthia E. Kernick of Reed Smith, LLP.

3. On January 27, 2011, Ms. Kernick suffered the death of her father.

4. As a result of her coordination and attendance of funeral and burial services, Ms. Kernick will be unable to make her scheduled trip to Oakland, CA to attend the February 3, 2011 Case Management Conference.

5. The Parties conferred to identify mutually available dates to reschedule the Case Management Conference.

6. Based on the dates identified, counsel for TechWorld conferred with the Court's Courtroom Deputy Clerk to identify available dates for rescheduling the Parties' Case Management Conference and was informed that Thursday, March 3, 2011 was available.

**NOW, THEREFORE,** the Parties, through their counsel, stipulate and agree as follows:

i. The Case Management Conference, which is currently scheduled to take place on February 3, 2011 at 2:00 p.m. in Courtroom 3, shall be continued to March 3, 2011 at 2:00 p.m. in Courtroom 3, subject to the Court's approval.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Case No. C 10-04330-PJH        – 1 –
JOINT STIPULATION
A/73648900.1

1  **IT IS SO STIPULATED**

2  Dated: January 31, 2011                    BINGHAM MCCUTCHEN LLP

3

4                                             By: */s/ Marshall B. Grossman*
                                               Marshall B. Grossman
5                                              Sara Jasper Epstein
                                               Attorneys for Plaintiff
6                                              NeilMed Products, Inc.

7  Dated: January 31, 2011
                                               REED SMITH LLP
8

9                                              By: */s/ Clay P. Hughes*
                                               Cynthia E. Kernick
10                                             Clay P. Hughes
                                               Christine M. Morgan
11                                             Attorneys for Defendant
                                               TechWorld Corporation, Inc.
12

13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15

16 Dated: __2/1/11_____        _____
                                               Hon. Phyllis J. Hamilton
17                                             United States District Judge

[SEAL: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Case No. C 10-04330-PJH                    – 2 –
                                      JOINT STIPULATION
A/73648900.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2011, I electronically filed the foregoing Joint Stipulation and [Proposed] Order with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system shall send "Notice of Electronic Filing" to the following attorneys of record:

Donn P. Pickett (SBN 72257)
BINGHAM MCCUTCHEN LLP
donn.pickett_@bingham.com

Marshall B. Grossman (No. 35958)
BINGHAM MCCUTCHEN LLP
marshall.grossman@bingham.com

Sara Jasper Epstein (No. 240577)
BINGHAM MCCUTCHEN LLP
sara.epstein@bingham.com