UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEILMED PRODUCTS, INC.,<br><br>            Plaintiff(s),<br><br>      v.<br><br>TECHWORLD CORPORATION, INC.,<br><br>            Defendant(s).<br>_____/ | Case No.  C10-04330 PJH ( JCS)<br><br>**ORDER FOR IN PERSON MEET AND CONFER ON FRIDAY, MAY 27, 2011.** |

IT IS HEREBY ORDERED that lead trial counsel for Plaintiff, and lead trial counsel for Defendant, shall appear, **in person**, on **May 27, 2011, at 9:15 a.m.,** before Magistrate Judge Joseph C. Spero, at 450 Golden Gate Ave., 15th Floor, Courtroom A, San Francisco, CA.

IT IS SO ORDERED.

Dated:  May 20, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge