UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEILMED PRODUCTS, INC., | Case No.  C10-04330 PJH ( JCS) |
| Plaintiff(s), | **DISCOVERY ORDER** |
| v. | |
| TECHWORLD CORPORATION, INC., | |
| Defendant(s). | |

On July 27, 2011, a telephonic discovery hearing was held.  Marshall Grossman and Sara Epstein, counsel for Plaintiff, appeared.  Cynthia Kernick and Alexadria Samuels, counsel for Defendant, appeared.

For reasons stated on the record, IT IS HEREBY ORDERED that:

1. For the purpose of this one discovery issue, the San Francisco counsel, Aaron McClellan, shall participate in the meet and confer and shall have unlimited authority.  Plaintiff shall select the location of the meeting.

2. The CEO's of each party and their lead trial counsel are ordered to appear, in person, for a discovery conference on **August 26, 2011, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, 450 Golden Gate Ave., Courtroom G, 15th Floor, San Francisco, CA.

IT IS SO ORDERED.

Dated:   August 1, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge