AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |
|---|---|---|

NeilMed Products, Inc.

Plaintiff (s),

v.

Techworld Coporation, Inc.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  4:10-cv-04330-PJH

Notice is hereby given that, subject to approval by the court,  NeilMed Products, Inc.  substitutes

(Party (s) Name)

Roland Tellis of Baron & Budd, P.C.  , State Bar No.  186269  as counsel of record in

(Name of New Attorney)

place of  Bingham McCutchen LLP (Marshall B. Grossman and Sara Jasper Epstein)

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Baron & Budd, P.C.

Address:  1999 Avenue of the Stars, Suite 3450, Los Angeles, CA 90067

Telephone:  (310) 651-2483  Facsimile  (310) 860-0480

E-Mail (Optional):  rtellis@baronbudd.com

I consent to the above substitution.

Date:  7-27-2011  1630 HRS

NEILMED PRODUCTS, INC

_KMohr_

(Signature of Party (s))

I consent to being substituted.

Date:  7/27/2011

Bingham McCutchen LLP
By Marshall B Grossman, (Retired)

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  7/28/11

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  8/3/11

IT IS SO ORDERED

Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]