REED SMITH LLP

Cynthia E. Kernick (PA No. 43912)
ckernick@reedsmith.com
Alexandria C. Samuel (PA No. 207087)
asamuel@reedsmith.com
Reed Smith Centre, 225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: 412 288 4176/3008
Facsimile: 412 288 3063

MURPHY PEARSON BRADLEY & FEENEY

Aaron K. McClellan
amcclellan@mpbf.com
James Francis Monagle
jmonagle@mpbf.com
88 Kearny Street, Suite 1000
San Francisco, CA 94108
Telephone: 415-788-1900
Facsimile: 415-393-8087

Attorneys for Defendant
TechWorld Corporation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEILMED PRODUCTS, INC. dba NEILMED PHARMACEUTICALS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TECHWORLD CORPORATION, INC., a Nevada corporation, and DOES 1-10 inclusive,<br><br>Defendants.<br><br>And Related Counterclaims | Case No.: 4:10-cv-04330-PJH<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RESCHEDULING BRIEFING AND HEARING DATES FOR PLAINTIFF NEILMED PRODUCTS, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

– 1 –

STIPULATION AND ORDER GRANTING STIPULATION AND [PROPOSED]
ORDER RESCHEDULING BRIEFING AND HEARING DATES FOR PLAINTIFF  NEILMED PRODUCTS,  INC.'S
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

– 2 –

1  WHEREAS on July 21, 2010, Plaintiff and Counter-Defendant NEILMED PRODUCTS, INC. filed a Motion For Leave To File First Amended Complaint and related pleadings ("Plaintiff's motion")(Docket Nos. 42-45);

WHEREAS on July 22, 2011, the Court set the following deadlines for the briefing and hearing of Plaintiff's motion: Responses due by August 4, 2011, Replies due by August 11, 2011 and Hearing set for September 14, 2011 at 9:00 AM before the Hon. Phyllis J. Hamilton;

WHEREAS on July 28, 2011 Roland Tellis, Esq. of Baron and Budd, P.C. filed a substitution of counsel for Plaintiff and Counter-Defendant NEILMED PRODUCTS, INC, and entered an appearance on August 1, 2011;

WHEREAS the parties have conferred through counsel and believe that in their collective best interests and the interests of judicial economy, the currently scheduled dates related to Plaintiff's motion should be rescheduled to allow new counsel to familiarize himself with the issues set forth in the pending motions and for further consideration of related issues by counsel;

THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. Any Response in Opposition to Plaintiff's motion will be due by August 15, 2011;

2. Any Reply in support of Plaintiff's motion will be due by August 26, 2011;

3. The Hearing, currently scheduled for September 14, 2011, shall remain on calendar as originally scheduled, or reset for another date that is convenient for the Court.

DATED: August 1, 2011                     REED SMITH LLP

By:   */S/ Cynthia Kernick*
      Cynthia E. Kernick
      ckernick@reedsmith.com
      Alexandria C. Samuel
      asamuel@reedsmith.com
      REED SMITH LLP
      Reed Smith Centre,
      225 Fifth Avenue
      Pittsburgh, PA  15222-2716
      Telephone:  +1 412 288 5986
      Facsimile:  +1 412 288 3063

STIPULATION AND ORDER GRANTING STIPULATION AND [PROPOSED]
ORDER RESCHEDULING BRIEFING AND HEARING DATES FOR PLAINTIFF  NEILMED PRODUCTS,  INC.'S
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | DATED:  August 1, 2011 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 2 | | By: /S/ James F. Monagle |
| | | James F. Monagle |
| 3 | | 88 Kearny Street, 10th Floor |
| | | San Francisco, CA 94108 |
| 4 | | Telephone:  415-788-1900 |
| | | Facsimile:  415-393-8087 |
| 5 | | Email:  jmonagle@mpbf.com |
| 6 | | Attorneys for Defendant |
| | | TechWorld Corporation, Inc. |

DATED:  August 1, 2011      BARON & BUDD, P.C.

By: /S/ Roland Tellis
Roland Tellis
BARON & BUDD, P.C.
rtellis@baronbudd.com
1999 Avenue of the Stars
Ste. 3450
Los Angeles, CA  90067
Telephone:  +1 310 651 2483
Facsimile:  +1 310 860 0480

Attorney for Plaintiff & Counter-Defendant
Neilmed Products, Inc

### [~~PROPOSED~~] ORDER

Based on the above stipulation of the Parties and good cause appearing therefor,

IT IS SO ORDERED.

Dated: August _3___, 2011

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton (seal: United States District Court, Northern District of California)