BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
1999 Avenue of the Stars, Suite 3450
Los Angeles, California  90067
Telephone:    (310) 860-0476
Facsimile:    (310) 860-0480

Attorneys for Plaintiff and Counter-Defendant
NeilMed Products, Inc.

REED SMITH LLP
Cynthia E. Kernick (PA No. 43912)
ckernick@reedsmith.com
Alexandria C. Samuel (PA No. 207087)
asamuel@reedsmith.com
Reed Smith Centre, 225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: (412) 288-4176
Facsimile: (412) 288-3063

Attorneys for Defendant and Counter-Claimant
TechWorld Corporation, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEILMED PRODUCTS, INC. dba NEILMED PHARAMCEUTICALS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TECHWORLD CORPORATION, INC., a Nevada Corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case Number:  4:10-cv-04330-PJH<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT; [~~PROPOSED~~ ORDER]**<br><br>Judge:        Hon. Phyllis J. Hamilton |

Case No. 4:10-cv-04330-PJH
JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff and Counter-Defendant NeilMed Products, Inc. ("Plaintiff") and Defendant and Counter-Claimant TechWorld Corporation, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS on July 21, 2010, Plaintiff filed a Motion For Leave To File First Amended Complaint and related pleadings ("Plaintiff's Motion")(Docket Nos. 42-45);

WHEREAS, Plaintiff's Motion is fully briefed, including opposition and reply briefs, and was originally set for hearing on September 14, 2011;

WHEREAS, on September 9, 2011, the Court, *sua sponte*, continued the hearing on Plaintiff's Motion to November 23, 2011 (Docket No. 65);

WHEREAS, the parties have been engaged in substantive settlement discussions and have exchanged several drafts of a proposed Settlement Agreement; and

WHEREAS, the parties believe that it is in their collective best interests and the interests of judicial economy to continue the November 23, 2011 hearing date on Plaintiff's Motion to allow the parties some additional time to attempt to finalize a settlement of the case.

NOW THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate that, subject to the Court's approval, the hearing on Plaintiff's Motion shall be continued from November 23, 2011 to December 14, 2011 at 9:00 a.m., or such later date to be determined by the Court.

DATED:  November 9, 2011           BARON & BUDD, P.C.

                                   By:  */S/ Roland Tellis*
                                        Roland Tellis
                                        BARON & BUDD, P.C.
                                        rtellis@baronbudd.com
                                        1999 Avenue of the Stars, Ste. 3450
                                        Los Angeles, CA  90067
                                        Telephone:  +1 310 651 2483
                                        Facsimile:  +1 310 860 0480
                                        Attorneys for Plaintiff and Counter-Defendant
                                        NeilMed Products, Inc.

| | |
|---|---|
| DATED: November 9, 2011 | REED SMITH LLP |
| | By: _/S/ Cynthia Kernick_<br>Cynthia E. Kernick<br>ckernick@reedsmith.com<br>Alexandria C. Samuel<br>asamuel@reedsmith.com<br>REED SMITH LLP<br>Reed Smith Centre,<br>225 Fifth Avenue<br>Pittsburgh, PA  15222-2716<br>Telephone:  +1 412 288 5986<br>Facsimile:  +1 412 288 3063<br>Attorneys for Defendant and Counter-Claimant<br>TechWorld Corporation, Inc. |

[~~PROPOSED~~] ORDER

Based on the above stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED. The hearing on Plaintiff's Motion for Leave to File a First Amended Complaint shall be continued from November 23, 2011 to December 14, 2011 at 9:00 a.m.

Dated: November 14, 2011

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*