BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
1999 Avenue of the Stars, Suite 3450
Los Angeles, California 90067
Telephone:     (310) 860-0476
Facsimile:      (310) 860-0480

Attorneys for Plaintiff and Counter-Defendant
NeilMed Products, Inc.

REED SMITH LLP
Cynthia E. Kernick (PA No. 43912)
ckernick@reedsmith.com
Alexandria C. Samuel (PA No. 207087)
asamuel@reedsmith.com
Reed Smith Centre, 225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: (412) 288-4176
Facsimile: (412) 288-3063

Attorneys for Defendant and Counter-Claimant
TechWorld Corporation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEILMED PRODUCTS, INC. dba NEILMED PHARAMCEUTICALS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>TECHWORLD CORPORATION, INC., a Nevada Corporation, and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case Number:  4:10-cv-04330-PJH<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DECEMBER 14, 2011 HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge:　　　Hon. Phyllis J. Hamilton |

Case No. 4:10-cv-04330-PJH
JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING DATE

Plaintiff and Counter-Defendant NeilMed Products, Inc. ("NeilMed") and Defendant and Counter-Claimant TechWorld Corporation, Inc. ("TechWorld"), through their undersigned counsel, hereby notify the Court that the parties have executed a Settlement Agreement which resolves the parties' respective claims in their entirety, and provides for a dismissal of the entire case with prejudice. Under the terms of the Settlement Agreement, the parties are to file a Federal Rule of Civil Procedure 41(a)(1)(ii) Stipulation for Voluntary Dismissal with Prejudice, shortly after December 15, 2011.

As a result of the above settlement, the parties jointly request that the Court vacate the December 14, 2011 hearing on NeilMed's Motion for Leave to File a First Amended Complaint (Docket Nos. 42-45).

DATED: December 8, 2011        BARON & BUDD, P.C.

                               By:  /s/ Roland Tellis
                                    Roland Tellis
                                    BARON & BUDD, P.C.
                                    Attorneys for Plaintiff and Counter-Defendant
                                    NeilMed Products, Inc.

DATED: December 8, 2011        REED SMITH LLP

                               By:  /s/ Cynthia Kernick
                                    Cynthia E. Kernick
                                    REED SMITH LLP
                                    Attorneys for Defendant and Counter-Claimant
                                    TechWorld Corporation, Inc.



12/8/11

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2011, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California by using the electronic case filing system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/   Jacqueline Campbell